**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Gary Robert Hanson** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF ILLINOIS |
| Case number (if known) | **16-80088** |

■ Check if this is an amended filing

## Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ■ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| 2.1 | | | | |
|---|---|---|---|---|

**City of Elgin, Illinois**

Priority Creditor's Name
**150 Dexter Ct.**
**Elgin, IL 60120-5555**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **0026**    $ **650.00**  $ **650.00**  $ **$0.00**

When was the debt incurred?    **01/01/2016**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations
■ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Fines and penalties for offering 665 Waverly Dr property for rent without a residential rental license**

Debtor 1    **Gary Robert Hanson**        Case number (if know)    **16-80088**

---

**2.2**

| **Illinois Department of Empl Sec** | Last 4 digits of account number | **4633** | $ | **7,413.55** | $ | **7,413.55** | $ | **$0.00** |
|---|---|---|---|---|---|---|---|---|

Priority Creditor's Name
**33 S. State St.**
**10th Floor**
**Chicago, IL 60606-2802**
Number Street City State Zip Code

When was the debt incurred?    **09/30/2012**

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

       **Responsible person liability for unpaid IDES taxes for G&E Contracting**

---

**2.3**

| **Internal Revenue Service** | Last 4 digits of account number | | $ | **1,178.71** | $ | **1,178.71** | $ | **$0.00** |
|---|---|---|---|---|---|---|---|---|

Priority Creditor's Name
**PO Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

When was the debt incurred?    **2015 tax liability**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify

       **2015 tax liability**

---

| Debtor 1 | **Gary Robert Hanson** | | Case number *(if know)* | **16-80088** |

---

**2.4**

**Village of East Dundee Photo Enforc**

Priority Creditor's Name

**75 Remittance Dr.**
**Ste. 6658**
**Chicago, IL 60675-6658**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **9450**   $   **100.00**  $ **100.00**  $ **$0.00**

When was the debt incurred?   **02/13/2015**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type OF PRIORITY unsecured claim:**

- ☐ Domestic support obligations
- ■ Taxes and certain other debts you owe the government
- ☐ Claims for death or personal injury while you were intoxicated
- ☐ Other. Specify

**Red light camera ticket**

---

**Part 2:    List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**

- ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
- ■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

**4.1**

**ACL Laboratories**

Priority Creditor's Name

**PO Box 27901**
**West Allis, WI 53227-0901**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **4082**   $ **12.00**

When was the debt incurred?   **01/22/2013**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical services for child**

---

**4.2**

**Alexian Brothers Medical Center**

Priority Creditor's Name

**P.O. Box 3495**
**Toledo, OH 43607**

Number Street City State Zip Code

Last 4 digits of account number **4592**   $ **26.58**

When was the debt incurred?   **12/11/2012**

**As of the date you file, the claim is:** Check all that apply

---

Debtor 1    **Gary Robert Hanson**    Case number *(if know)*    **16-80088**

---

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical services for child**

---

| 4.3 | **Alexian Brothers Medical Center** | Last 4 digits of account number | **4592** | $ | **105.08** |

Priority Creditor's Name
**P.O. Box 3495**
**Toledo, OH 43607**
Number Street City State Zip Code

When was the debt incurred?    **12/11/2012**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical services for child**

---

| 4.4 | **American Center for Spine & Neuro** | Last 4 digits of account number | **6929** | $ | **88.80** |

Priority Creditor's Name
**PO Dept 4663**
**Carol Stream, IL 60122-4663**
Number Street City State Zip Code

When was the debt incurred?    **06/05/2012**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical services**

---

| 4.5 | **American Dream Home Improvement** | Last 4 digits of account number | **2017** | $ | **11,895.86** |

Priority Creditor's Name

---

Debtor 1   **Gary Robert Hanson**

Case number *(if know)*    **16-80088**

**3040 S. Finley Rd.**
**Ste. 200**
**Downers Grove, IL 60515**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **04/10/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Roofing services on 600 Flora Dr.**

---

| 4.6 | **Capital One** | | | $ | **1,165.00** |

Priority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State ZIp Code

**Last 4 digits of account number**    **7144**

**When was the debt incurred?**    **Opened  5/01/14 Last Active  9/22/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.7 | **Capital One** | | | $ | **0.00** |

Priority Creditor's Name
**Attn: Bankruptcy**
**Po Box 30285**
**Salt Lake City, UT 84130**
Number Street City State ZIp Code

**Last 4 digits of account number**    **0310**

**When was the debt incurred?**    **Opened 10/01/01 Last Active  4/17/06**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

Debtor 1    **Gary Robert Hanson**

Case number (if know)    **16-80088**

---

| 4.8 | **CEP America Illinois LLP** | Last 4 digits of account number | **4454** | $ | **28.80** |

Priority Creditor's Name

**PO Box 582663**
**Modesto, CA 95358-0046**

Number Street City State Zip Code

When was the debt incurred?    **12/03/2012**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical services for child**

---

| 4.9 | **CEP America Illinois LLP** | Last 4 digits of account number | **0551** | $ | **10.80** |

Priority Creditor's Name

**P.O. Box 582663**
**Modesto, CA 95358-0046**

Number Street City State Zip Code

When was the debt incurred?    **07/08/2013**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical services for child**

---

| 4.10 | **CEP America Illinois LLP** | Last 4 digits of account number | **5556** | $ | **414.00** |

Priority Creditor's Name

**PO Box 582663**
**Modesto, CA 95358-0046**

Number Street City State Zip Code

When was the debt incurred?    **02/25/2013**

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical services for child**

---

Debtor 1  **Gary Robert Hanson**

Case number *(if know)*   **16-80088**

---

| 4.11 | **CEP America Illinois LLP** | Last 4 digits of account number | **5588** | $ | **11.50** |

Priority Creditor's Name

**P.O. Box 582663**
**Modesto, CA 95358-0046**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **10/20/2010**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Medical services for child**

---

| 4.12 | **Citi** | Last 4 digits of account number | **5804** | $ | **0.00** |

Priority Creditor's Name

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**   **Opened  3/01/88  Last Active 12/19/05**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify   **Credit Card**

---

| 4.13 | **Comenity Bank/Harlem Furniture** | Last 4 digits of account number | **6295** | $ | **0.00** |

Priority Creditor's Name

**Po Box 182125**
**Columbus, OH 43218**

Number Street City State Zip Code

**When was the debt incurred?**   **Opened  5/01/09  Last Active 7/14/09**

**As of the date you file, the claim is:** Check all that apply

---

Debtor 1    **Gary Robert Hanson**                                        Case number (if know)    **16-80088**

---

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Charge Account**

---

| 4.14 | **Country Financial** | Last 4 digits of account number | **2590** | $ | **366.49** |
|------|------------------------|----------------------------------|----------|---|------------|

Priority Creditor's Name
**1701 N Towanda Ave**
**Bloomington, IL 61701-2057**
Number Street City State Zip Code

When was the debt incurred?    **02/05/2013**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Insurance claim**

---

| 4.15 | **Country Mutual Insurance Company** | Last 4 digits of account number | | $ | **3,729.73** |
|------|---------------------------------------|----------------------------------|---|---|--------------|

Priority Creditor's Name
**1701 N Towanda Ave**
**Bloomington, IL 61701-2057**
Number Street City State Zip Code

When was the debt incurred?    **06/25/2014**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Insurance claim**

---

| 4.16 | **Credit First/CFNA** | Last 4 digits of account number | **3444** | $ | **0.00** |
|------|------------------------|----------------------------------|----------|---|----------|

Priority Creditor's Name

---

Debtor 1    **Gary Robert Hanson**                                    Case number (if know)    **16-80088**

**Bk13 Credit Operations**
**Po Box 818011**
**Cleveland, OH 44181**

When was the debt incurred?    **Opened  3/01/09  Last**
**Active  9/09/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Charge Account**

---

| 4.17 | **Credit One Bank Na** | | Last 4 digits of account number | **5643** | $ | 0.00 |

Priority Creditor's Name

**Po Box 98873**
**Las Vegas, NV 89193**

When was the debt incurred?    **Opened  1/13/15  Last**
**Active  8/02/15**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card**

---

| 4.18 | **Gary A. Magee, M.D.** | | Last 4 digits of account number | **1MPM** | $ | 1,100.00 |

Priority Creditor's Name
**8135 N. Milwakee Ave**
**Niles, IL 60714**

When was the debt incurred?    **03/10/2008**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

Type of NONPRIORITY unsecured claim:

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical services**

---

Debtor 1   **Gary Robert Hanson**                                      Case number *(if know)*   **16-80088**

---

| 4.19 | **Gentle Care for Kids Teeth** | Last 4 digits of account number | **0012** | $ | **94.80** |

Priority Creditor's Name

**1446 Merchant Cir.**
**Algonquin, IL 60102**
Number Street City State Zip Code

When was the debt incurred?   **06/09/2013**

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Dental services for child**

---

| 4.20 | **Good Shepherd Hospital** | Last 4 digits of account number | **2891** | $ | **1,112.00** |

Priority Creditor's Name

**450 Illinois 22**
**Barrington, IL 60010**
Number Street City State Zip Code

When was the debt incurred?   **06/14/2007**

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Medical services**

---

| 4.21 | **Kohls/Capital One** | Last 4 digits of account number | **1122** | $ | **0.00** |

Priority Creditor's Name

**Po Box 3120**
**Milwaukee, WI 53201**
Number Street City State Zip Code

When was the debt incurred?   **Opened  4/20/04 Last Active  8/17/11**

**Who incurred the debt? Check one.**

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

Is the claim subject to offset?

- ■ No
- ☐ Yes

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Type of NONPRIORITY unsecured claim:

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

Debtor 1    **Gary Robert Hanson**

Case number (if know)    **16-80088**

---

| 4.22 | **Lazy Boy/GECRB** | Last 4 digits of account number | **0743** | $ | **0.00** |

Priority Creditor's Name

**Attn: Bankruptcy**
**Po Box 103104**
**Roswell, GA 30076**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Opened 10/01/05  Last Active 11/08/06**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Credit Card**

---

| 4.23 | **Look What I Can Do Early Interventi** | Last 4 digits of account number | **0601** | $ | **90.00** |

Priority Creditor's Name

**PO Box 88726**
**Chicago, IL 60680-1726**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **04/26/2012**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical services for child**

---

| 4.24 | **Med Business Bureau** | Last 4 digits of account number | **0004** | $ | **580.00** |

Priority Creditor's Name

**Po Box 1219**
**Park Ridge, IL 60068**

Number Street City State Zip Code

**When was the debt incurred?**    **Opened  9/01/13**

**As of the date you file, the claim is:** Check all that apply

---

Debtor 1    **Gary Robert Hanson**    Case number *(if know)*    **16-80088**

---

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Med1 02 Tricounty Emrg Physicians**

---

| 4.25 | **Med Business Bureau** | Last 4 digits of account number | **0002** | $ | **418.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Po Box 1219**
**Park Ridge, IL 60068**

When was the debt incurred?    **Opened  8/01/12**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Med1 02 Tricounty Emrg Physicians**

---

| 4.26 | **Med Business Bureau** | Last 4 digits of account number | **0003** | $ | **217.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Po Box 1219**
**Park Ridge, IL 60068**

When was the debt incurred?    **Opened  7/01/14**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Med1 02 Tricounty Emrg Physicians**

---

| 4.27 | **Med Business Bureau** | Last 4 digits of account number | **0001** | $ | **154.00** |
|---|---|---|---|---|---|

Priority Creditor's Name
**Po Box 1219**
**Park Ridge, IL 60068**

When was the debt incurred?    **Opened  8/01/12**

---

Debtor 1    **Gary Robert Hanson**    Case number (if know)    **16-80088**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Med1 02 Tricounty Emrg Physicians**

---

| 4.28 | **Med Business Bureau** | | |
|---|---|---|---|

Priority Creditor's Name

**Po Box 1219**
**Park Ridge, IL 60068**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **1932**    $    **75.00**

**When was the debt incurred?**    **Opened  8/01/13**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Med1 02 Park Ridge Anesthesiology**

---

| 4.29 | **Merchants Credit** | | |
|---|---|---|---|

Priority Creditor's Name

**223 W Jackson Blvd**
**Ste 700**
**Chicago, IL 60606**

Number Street City State Zlp Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**Last 4 digits of account number**    **2954**    $    **2,000.00**

**When was the debt incurred?**    **Opened  5/01/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Collection Attorney Elmhurst Outpatient Surgery Ce**

---

| 4.30 | **Midwest Diagnostic Pathology SC** | | |
|---|---|---|---|

**Last 4 digits of account number**    **571G**    $    **32.00**

Debtor 1    **Gary Robert Hanson**    Case number (if know)    **16-80088**

Priority Creditor's Name

**75 Remittance Dr**
**Ste 3070**
**Chicago, IL 60675-3070**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- �■ Debtor 1 only
- ☐ Debtor 2 only

- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    07/12/2012

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical services**

---

| 4.31 | **Midwest Diagnostic Pathology, SC** | Last 4 digits of account number | 150G | $ | 106.00 |

Priority Creditor's Name

**75 Remittance Dr**
**Ste 3070**
**Chicago, IL 60675-3070**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only

- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?**    06/03/2012

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Medical services**

---

| 4.32 | **Midwest Diagnostic Pathology, SC** | Last 4 digits of account number | 7940 | $ | 77.00 |

Priority Creditor's Name

**75 Remittance Dr.**
**Ste. 3070**
**Chicago, IL 60675-3070**

Number Street City State Zip Code

**When was the debt incurred?**    02/23/2015

**As of the date you file, the claim is:** Check all that apply

---

Debtor 1   **Gary Robert Hanson**                                    Case number (if know)   **16-80088**

Who incurred the debt? Check one.

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only                                         ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                            ☐ Disputed

☐ At least one of the debtors and another               **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community
debt**                                                   ☐ Student loans

**Is the claim subject to offset?**                      ☐ Obligations arising out of a separation agreement or divorce that you did
not report as priority claims

■ No                                                     ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify    **Medical services for child**

---

| 4.33 | **Midwest Diagnostic Pathology, SC** | Last 4 digits of account number | **557G** | $ | **63.00** |

Priority Creditor's Name

**75 Remittance Dr.
Ste. 3070
Chicago, IL 60675-3070**          When was the debt incurred?    **02/06/2014**

Number Street City State Zip Code

                                  **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

                                  ☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only      ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community
debt**                            ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did
not report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify    **Medical services for child**

---

| 4.34 | **Midwest Diagnostic Pathology, SC** | Last 4 digits of account number | **3143** | $ | **225.00** |

Priority Creditor's Name

**75 Remittance Dr.
Ste. 3070
Chicago, IL 60675-3070**          When was the debt incurred?    **01/06/2013**

Number Street City State Zip Code

                                  **As of the date you file, the claim is:** Check all that apply

Who incurred the debt? Check one.

                                  ☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only                   ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only      ☐ Disputed

☐ At least one of the debtors and another   **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community
debt**                            ☐ Student loans

**Is the claim subject to offset?**   ☐ Obligations arising out of a separation agreement or divorce that you did
not report as priority claims

■ No                              ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                             ■ Other. Specify    **Medical services**

---

| 4.35 | **Midwest Diagnostic Pathology, SC** | Last 4 digits of account number | **571G** | $ | **283.00** |

Priority Creditor's Name

Debtor 1   **Gary Robert Hanson** _____   Case number (if know)   **16-80088**

**75 Remittance Dr.
Ste. 3070
Chicago, IL 60675-3070**
Number Street City State Zip Code

**When was the debt incurred?**   **08/30/2013**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical services**

---

| 4.36 | | | | |
|---|---|---|---|---|

**Midwest Diagnostic Pathology, SC**
Priority Creditor's Name
**75 Remittance Dr.
Ste. 3070
Chicago, IL 60675-3070**
Number Street City State Zip Code

**Last 4 digits of account number**   **277G**      $      **10.70**

**When was the debt incurred?**   **01/19/2012 - 03/01/2012**

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical services for child**

---

| 4.37 | | | | |
|---|---|---|---|---|

**National Asset Management**
Priority Creditor's Name
**626 N. 4th ST.
Ste 201A
Steubenville, OH 43952**
Number Street City State Zip Code

**Last 4 digits of account number**   **0461**      $      **221.54**

**When was the debt incurred?**   **03/19/2013**

**As of the date you file, the claim is:** Check all that apply

Debtor 1   **Gary Robert Hanson**                                                                 Case number (if know)   **16-80088**

---

**Who incurred the debt?** Check one.                    ☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**

**Is the claim subject to offset?**                      ☐ Obligations arising out of a separation agreement or divorce that you did
                                                          not report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify      **Collection agency**

---

| 4.38 | **Navient** | Last 4 digits of account number | **0001** | $ | **0.00** |

Priority Creditor's Name
**Attn: Claims Dept**
**Po Box 9500**                                          **When was the debt incurred?**      **Opened  6/01/04  Last**
**Wilkes-Barr, PA 18773**                                                                     **Active  7/11/07**
Number Street City State Zip Code

                                                         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.                    ☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

☐ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ■ Student loans
**debt**

**Is the claim subject to offset?**                      ☐ Obligations arising out of a separation agreement or divorce that you did
                                                          not report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ☐ Other. Specify

                                                         **Educational**

---

| 4.39 | **Nicor Gas** | Last 4 digits of account number | **8857** | $ | **288.31** |

Priority Creditor's Name
**P.O. Box 2020**                                        **When was the debt incurred?**      **12/17/2015**
**Aurora, IL 60507-2020**
Number Street City State Zip Code

                                                         **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.                    ☐ Contingent

☐ Debtor 1 only

☐ Debtor 2 only                                          ☐ Unliquidated

☐ Debtor 1 and Debtor 2 only                             ☐ Disputed

■ At least one of the debtors and another                **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community**             ☐ Student loans
**debt**

**Is the claim subject to offset?**                      ☐ Obligations arising out of a separation agreement or divorce that you did
                                                          not report as priority claims

■ No                                                      ☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes                                                    ■ Other. Specify      **Natuarl gas service for 600 Flora Dr.**

---

| 4.40 | **North Shore Pediatric Therapy** | Last 4 digits of account number | **6555** | $ | **379.81** |

Priority Creditor's Name
**Ste 103**
**1308 Waukegan Rd**                                     **When was the debt incurred?**      **03/19/2013 - 03/27/2013**
**Glenview, IL 60025**

---

Debtor 1    **Gary Robert Hanson**                                    Case number (if know)    **16-80088**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical services for child**

---

| 4.41 | **North Shore Pediatric Therapy** | Last 4 digits of account number | **7385** | $ | **110.33** |

Priority Creditor's Name

**Ste 103**
**1308 Waukegan Rd**
**Glenview, IL 60025**

Number Street City State Zip Code

**When was the debt incurred?**    **04/22/2013**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical services for child**

---

| 4.42 | **North Shore University Health Syste** | Last 4 digits of account number | **7251** | $ | **397.00** |

Priority Creditor's Name

**100 S. Owasso Blvd W**
**Saint Paul, MN 55117**

Number Street City State Zip Code

**When was the debt incurred?**    **10/23/2014**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Medical services for child**

---

| 4.43 | **North Shore University Health Syste** | Last 4 digits of account number | **7251** | $ | **24.20** |

Priority Creditor's Name

---

Debtor 1    **Gary Robert Hanson**    Case number (if know)    **16-80088**

**23056 Network Pl**
**Chicago, IL 60673-1230**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**When was the debt incurred?**    **04/26/2013**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Medical services**

---

| 4.44 | **Northwest Collectors** | | $ | **266.00** |

Priority Creditor's Name

**3601 Algonquin Rd. Suite 232**
**Rolling Meadows, IL 60008**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**    **0747**

**When was the debt incurred?**    **Opened  9/01/10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Collection Attorney Elmhurst Radiologists  S.C.**

---

| 4.45 | **Oac** | | $ | **65.00** |

Priority Creditor's Name

**Po Box 500**
**Baraboo, WI 53913**
Number Street City State ZIp Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☑ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

**Last 4 digits of account number**    **7769**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Med1 02 Wellington Radiology Group**

---

| 4.46 | **Oac** | | $ | **231.00** |

Priority Creditor's Name

**Last 4 digits of account number**    **3640**

Debtor 1    **Gary Robert Hanson**    Case number (if know)    **16-80088**

**Po Box 500**
**Baraboo, WI 53913**
Number Street City State Zip Code

| | |
|---|---|
| **Who incurred the debt?** Check one. | **When was the debt incurred?** _____ |
| ☐ Debtor 1 only | **As of the date you file, the claim is:** Check all that apply |
| ■ Debtor 2 only | ☐ Contingent |
| ☐ Debtor 1 and Debtor 2 only | ☐ Unliquidated |
| ☐ At least one of the debtors and another | ☐ Disputed |
| ☐ **Check if this claim is for a community debt** | **Type of NONPRIORITY unsecured claim:** |
| **Is the claim subject to offset?** | ☐ Student loans |
| | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify    **Med1 02 Wellington Radiology Group** |

---

**4.47**    **Oac**

Priority Creditor's Name
**Po Box 500**
**Baraboo, WI 53913**
Number Street City State Zip Code

| | | |
|---|---|---|
| Last 4 digits of account number    **9413** | | $    **0.00** |
| **When was the debt incurred?**    **Last Active  5/20/12** | | |

| | |
|---|---|
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ☐ Debtor 1 only | ☐ Contingent |
| ■ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify    **Med1 02 Wellington Radiology Group** |

---

**4.48**    **Oac**

Priority Creditor's Name
**Po Box 500**
**Baraboo, WI 53913**
Number Street City State Zip Code

| | | |
|---|---|---|
| Last 4 digits of account number    **1726** | | $    **55.00** |
| **When was the debt incurred?** | | |

| | |
|---|---|
| **Who incurred the debt?** Check one. | **As of the date you file, the claim is:** Check all that apply |
| ☐ Debtor 1 only | ☐ Contingent |
| ■ Debtor 2 only | ☐ Unliquidated |
| ☐ Debtor 1 and Debtor 2 only | ☐ Disputed |
| ☐ At least one of the debtors and another | **Type of NONPRIORITY unsecured claim:** |
| ☐ **Check if this claim is for a community debt** | ☐ Student loans |
| **Is the claim subject to offset?** | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims |
| ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts |
| ☐ Yes | ■ Other. Specify    **Med1 02 Wellington Radiology Group** |

---

**4.49**    **Oac**

Priority Creditor's Name

| | | |
|---|---|---|
| Last 4 digits of account number    **5798** | | $    **0.00** |

Debtor 1    **Gary Robert Hanson**                                         Case number (if know)    **16-80088**

**Po Box 500**
**Baraboo, WI 53913**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Last Active  6/04/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Med1 02 Wellington Radiology Group**

---

| 4.50 | **Oac** | Last 4 digits of account number | **5797** | $ | **0.00** |

Priority Creditor's Name
**Po Box 500**
**Baraboo, WI 53913**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**    **Last Active  6/04/12**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Med1 02 Wellington Radiology Group**

---

| 4.51 | **Oac** | Last 4 digits of account number | **3713** | $ | **69.00** |

Priority Creditor's Name
**Po Box 500**
**Baraboo, WI 53913**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    **Med1 02 Wellington Radiology Group**

---

| 4.52 | **Oakridge Lawn & Landscaping** | Last 4 digits of account number | | $ | **456.75** |

Priority Creditor's Name

---

Debtor 1   **Gary Robert Hanson**                                         Case number (if know)   **16-80088**

**2200 N. Huntington Dr.**
**Algonquin, IL 60102**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**When was the debt incurred?**   **10/01/2015**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Lawncare services**

---

| 4.53 | **Orthopedic Surgery Specialists** | | |
|------|----|----|----|

Priority Creditor's Name
**P.O. Box 2404**
**Bedford Park, IL 60499**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **1703**                    $      **1,317.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical Services for child**

---

| 4.54 | **Orthopedic Surgery Specialists, Ltd** | | |
|------|----|----|----|

Priority Creditor's Name
**P.O. Box 2404**
**Bedford Park, IL 60499-2404**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number   **0353**                    $      **132.20**

**When was the debt incurred?**   **01/30/2015 - 05/07/2012**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Medical services for child**

---

| 4.55 | **Pediatric Specialists fo the NW** | Last 4 digits of account number   **2586** | $   **130.00** |
|------|----|----|----|

Debtor 1    **Gary Robert Hanson**

Case number (if know)    **16-80088**

---

Priority Creditor's Name
**5057 Shoreline Rd**
**Lake Barrington, IL 60010**

When was the debt incurred?    **02/04/2013-04/15/2013**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Medical services for child**

---

| 4.56 | **Pnc Bank** | Last 4 digits of account number | **3490** | $ | **0.00** |

Priority Creditor's Name

**2730 Liberty Ave**
**Pittsburgh, PA 15222**

When was the debt incurred?    **Opened 8/01/05 Last Active 4/10/13**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Check Credit Or Line Of Credit**

---

| 4.57 | **Pnc Bank Na** | Last 4 digits of account number | **8245** | $ | **0.00** |

Priority Creditor's Name

**Po Box 3180**
**Pittsburgh, PA 15230**

When was the debt incurred?    **Opened 9/01/05 Last Active 6/28/13**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

■ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify    **Credit Card**

---

Debtor 1   **Gary Robert Hanson**

Case number (if know)   **16-80088**

---

**4.58** | **Quest Diagnostics** | | |

Priority Creditor's Name

**PO Box 7306**
**Hollister, MO 65673-7306**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **5440**            $            **55.00**

When was the debt incurred?   **06/10/2012**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Medical services for child**

---

**4.59** | **Sherman Hospital** | | |

Priority Creditor's Name

**35134 Eagle Way**
**Chicago, IL 60678-1351**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **2207**            $            **105.23**

When was the debt incurred?   **07/28/2012**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Medical services for child**

---

**4.60** | **Sherman Hospital** | | |

Priority Creditor's Name

**1425 N. Randall Rd.**
**Elgin, IL 60123**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number   **7003**            $            **75.69**

When was the debt incurred?   **02/25/2013**

As of the date you file, the claim is: Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Medical services for child**

---

Debtor 1  **Gary Robert Hanson**

Case number (if know)   **16-80088**

---

| 4.61 | **Sherman Hospital** | Last 4 digits of account number | **2207** | $ | **295.60** |

Priority Creditor's Name

**35134 Eagle Way**
**Chicago, IL 60678-1351**
Number Street City State Zip Code

**When was the debt incurred?**   **07/28/2012**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical services for child**

---

| 4.62 | **Stephen A. Madry, MD** | Last 4 digits of account number | **1433** | $ | **90.45** |

Priority Creditor's Name

**810 Biesterfeld Rd.**
**Elk Grove Village, IL 60007**
Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Medical services for child**

---

| 4.63 | **Synchrony Bank/ JC Penneys** | Last 4 digits of account number | **0722** | $ | **0.00** |

Priority Creditor's Name

**Attn: Bankrupty**
**Po Box 103104**
**Roswell, GA 30076**
Number Street City State Zip Code

**When was the debt incurred?**   **Opened 12/01/97 Last Active 1/19/04**

**Who incurred the debt? Check one.**

☐ Debtor 1 only
■ Debtor 2 only

☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Charge Account**

---

Debtor 1    **Gary Robert Hanson**                                                        Case number (if know)    **16-80088**

---

| 4.64 | **Synchrony Bank/ Old Navy** | Last 4 digits of account number | **4934** | $ | **0.00** |

Priority Creditor's Name
**Attn: Bankruptcy**
**Po Box 103104**
**Roswell, GA 30076**

When was the debt incurred?    **Opened 11/15/02  Last Active  7/11/07**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Charge Account**

---

| 4.65 | **Tri-County Emergency Physician** | Last 4 digits of account number | **2752** | $ | **217.00** |

Priority Creditor's Name
**P.O. Box 98**
**Barrington, IL 60011-0098**

When was the debt incurred?    **02/06/2014**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Medical services for child**

---

| 4.66 | **Tri-County Emergency Physician** | Last 4 digits of account number | **6789** | $ | **30.80** |

Priority Creditor's Name
**P.O. Box 98**
**Barrington, IL 60011-0098**

When was the debt incurred?    **12/20/2012**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
Is the claim subject to offset?

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Medical services for child**

---

Debtor 1   **Gary Robert Hanson**

Case number *(if know)*   **16-80088**

---

| 4.67 | **Visa Dept Store National Bank** | | Last 4 digits of account number | **8750** | $ | 0.00 |

Priority Creditor's Name
**Attn: Bankruptcy
Po Box 8053
Mason, OH 45040**

When was the debt incurred?   **Opened  2/01/00  Last Active  9/05/07**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Contingent

■ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Charge Account**

---

| 4.68 | **Waverly Commons Condominium Assn** | | Last 4 digits of account number | **NSON** | $ | 440.93 |

Priority Creditor's Name
**c/o Registered Agent Donald J. Rage
1450 Plymouth Ln
Elgin, IL 60123**

When was the debt incurred?   **10/31/2015**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a  community debt**

☐ Student loans

Is the claim subject to offset?

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Condo Assn Dues**

---

| 4.69 | **William A. Hellyer, Ltd.** | | Last 4 digits of account number | | $ | 1,125.00 |

Priority Creditor's Name
**444 N. IL Rte 31
Ste 100
Crystal Lake, IL 60012**

When was the debt incurred?   **02/25/2014**

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

---

Debtor 1   **Gary Robert Hanson**                                                Case number (if know)   **16-80088**

---

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify    <u>Legal services</u>

---

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |
|---|---|

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name Address
**AFNI, INc.**
**1310 Martin Luther King Dr**
**PO Box 3517**
**Bloomington, IL 61702-3517**

**On which entry in Part 1 or Part2 did you list the original creditor?**
Line **4.14** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    4201**

---

Name Address
**Computer Credit, Inc.**
**640 W. Fourth St.**
**PO Box 5238**
**Winston Salem, NC 27113-5238**

**On which entry in Part 1 or Part2 did you list the original creditor?**
Line **4.2** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    4592**

---

Name Address
**Computer Credit, Inc.**
**640 W. Fourth St.**
**PO Box 5238**
**Winston Salem, NC 27113-5238**

**On which entry in Part 1 or Part2 did you list the original creditor?**
Line **4.3** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    4592**

---

Name Address
**Credit Collection Services**
**Commerci**
**725 Canton St.**
**Norwood, MA 02062**

**On which entry in Part 1 or Part2 did you list the original creditor?**
Line **4.15** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    3014**

---

Name Address
**ICS, Inc.**
**PO Bx 1010**
**Tinley Park, IL 60477-9110**

**On which entry in Part 1 or Part2 did you list the original creditor?**
Line **4.20** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    2891**

---

Name Address
**Law Offices of Joel Cardis, LLC**
**2006 Swede Rd**
**Ste 100**
**E. Norrington, PA 19401**

**On which entry in Part 1 or Part2 did you list the original creditor?**
Line **4.62** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

**Last 4 digits of account number    6873**

---

Name Address
**Medical Recovery Specialists LLC**
**2250 E. Devon Ave**

**On which entry in Part 1 or Part2 did you list the original creditor?**
Line **4.59** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1   **Gary Robert Hanson**                                        Case number (if know)   **16-80088**

Ste. 352
Des Plaines, IL 60018-4521

| | Last 4 digits of account number | **2393** |

| Name Address | On which entry in Part 1 or Part2 did you list the original creditor? |
|---|---|
| **Rage Property Management, Inc.**<br>**1450 Plymouth Ln**<br>**Elgin, IL 60123** | Line **4.68** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

| | Last 4 digits of account number | **NSON** |

| Name Address | On which entry in Part 1 or Part2 did you list the original creditor? |
|---|---|
| **Stainslaus Credit Control Service**<br>**914 14th St**<br>**PO Box 480**<br>**Modesto, CA 95353** | Line **4.8** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| | Last 4 digits of account number | **5401** |

| Name Address | On which entry in Part 1 or Part2 did you list the original creditor? |
|---|---|
| **Transworld Systems Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | Line **4.53** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| | Last 4 digits of account number | **1703** |

| Name Address | On which entry in Part 1 or Part2 did you list the original creditor? |
|---|---|
| **Transworld Systems, Inc.**<br>**507 Prudential Rd.**<br>**Horsham, PA 19044** | Line **4.62** of (Check one):   ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| | Last 4 digits of account number | |

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.**

| | | | | Total claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 9,342.26 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6e. | $ 9,342.26 |

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 31,070.98 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $ 31,070.98 |

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Gary Robert Hanson**                                                  Case No.  **16-80088**
                                        Debtor(s)          Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX - AMENDED

Number of Creditors:                                            **69**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **January 20, 2016**                        **/s/ Gary Robert Hanson**
                                          **Gary Robert Hanson**
                                          Signature of Debtor

ACL Laboratories
PO Box 27901
West Allis, WI 53227-0901


AFNI, INc.
1310 Martin Luther King Dr
PO Box 3517
Bloomington, IL 61702-3517


Alexian Brothers Medical Center
P.O. Box 3495
Toledo, OH 43607


American Center for Spine & Neuro
PO Dept 4663
Carol Stream, IL 60122-4663


American Dream Home Improvement
3040 S. Finley Rd.
Ste. 200
Downers Grove, IL 60515


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


CEP America Illinois LLP
PO Box 582663
Modesto, CA 95358-0046


CEP America Illinois LLP
P.O. Box 582663
Modesto, CA 95358-0046


Chase Mortgage
P.O. Box 24696
Columbus, OH 43224


Chase Mtg
Po Box 24696
Columbus, OH 43224

Citi


City of Elgin, Illinois
150 Dexter Ct.
Elgin, IL 60120-5555


Codilis & Associates, P.C.
15W030 N. Frontage Rd
Ste. 100
Willowbrook, IL 60527


Comenity Bank/Harlem Furniture
Po Box 182125
Columbus, OH 43218


Computer Credit, Inc.
640 W. Fourth St.
PO Box 5238
Winston Salem, NC 27113-5238


Country Financial
1701 N Towanda Ave
Bloomington, IL 61701-2057


Country Mutual Insurance Company
1701 N Towanda Ave
Bloomington, IL 61701-2057


Credit Collection Services Commerci
725 Canton St.
Norwood, MA 02062


Credit First/CFNA
Bk13 Credit Operations
Po Box 818011
Cleveland, OH 44181


Credit One Bank Na
Po Box 98873
Las Vegas, NV 89193


G&E Contracting, Inc.
600 Flora Dr
Algonquin, IL 60102

Gary A. Magee, M.D.
8135 N. Milwakee Ave
Niles, IL 60714


Gentle Care for Kids Teeth
1446 Merchant Cir.
Algonquin, IL 60102


Good Shepherd Hospital
450 Illinois 22
Barrington, IL 60010


ICS, Inc.
PO Bx 1010
Tinley Park, IL 60477-9110


Illinois Department of Empl Sec
33 S. State St.
10th Floor
Chicago, IL 60606-2802


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Kohls/Capital One
Po Box 3120
Milwaukee, WI 53201


Law Offices of Joel Cardis, LLC
2006 Swede Rd
Ste 100
E. Norrington, PA 19401


Lazy Boy/GECRB
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076


LifeStorage of Barrington
1455 Barrington Rd
Barrington, IL 60010

```
Look What I Can Do Early Interventi
PO Box 88726
Chicago, IL 60680-1726


Med Business Bureau
Po Box 1219
Park Ridge, IL 60068


Medical Recovery Specialists LLC
2250 E. Devon Ave
Ste. 352
Des Plaines, IL 60018-4521


Merchants Credit
223 W Jackson Blvd
Ste 700
Chicago, IL 60606


Midwest Diagnostic Pathology SC
75 Remittance Dr
Ste 3070
Chicago, IL 60675-3070


Midwest Diagnostic Pathology, SC
75 Remittance Dr.
Ste. 3070
Chicago, IL 60675-3070


Midwest Diagnostic Pathology, SC
75 Remittance Dr
Ste 3070
Chicago, IL 60675-3070


National Asset Management
626 N. 4th ST.
Ste 201A
Steubenville, OH 43952


Navient
Attn: Claims Dept
Po Box 9500
Wilkes-Barr, PA 18773


Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020
```

North Shore Pediatric Therapy
Ste 103
1308 Waukegan Rd
Glenview, IL 60025


North Shore University Health Syste
100 S. Owasso Blvd W
Saint Paul, MN 55117


North Shore University Health Syste
23056 Network Pl
Chicago, IL 60673-1230


Northwest Collectors
3601 Algonquin Rd. Suite 232
Rolling Meadows, IL 60008


Oac
Po Box 500
Baraboo, WI 53913


Oakridge Lawn & Landscaping
2200 N. Huntington Dr.
Algonquin, IL 60102


Orthopedic Surgery Specialists
P.O. Box 2404
Bedford Park, IL 60499


Orthopedic Surgery Specialists, Ltd
P.O. Box 2404
Bedford Park, IL 60499-2404


Pediatric Specialists fo the NW
5057 Shoreline Rd
Lake Barrington, IL 60010


Pnc Bank
2730 Liberty Ave
Pittsburgh, PA 15222


Pnc Bank Na
Po Box 3180
Pittsburgh, PA 15230

Quest Diagnostics
PO Box 7306
Hollister, MO 65673-7306


Rage Property Management, Inc.
1450 Plymouth Ln
Elgin, IL 60123


Santander Consumer USA
Po Box 961245
Fort Worth, TX 76161


Sherman Hospital
1425 N. Randall Rd.
Elgin, IL 60123


Sherman Hospital
35134 Eagle Way
Chicago, IL 60678-1351


Sst/jpmc
Attn:Bankruptcy
Po Box 3999
St Joseph, MO 64503


Stainslaus Credit Control Service
914 14th St
PO Box 480
Modesto, CA 95353


Stephen A. Madry, MD
810 Biesterfield Rd.
Elk Grove Village, IL 60007


Synchrony Bank/ JC Penneys
Attn: Bankrupty
Po Box 103104
Roswell, GA 30076


Synchrony Bank/ Old Navy
Attn: Bankruptcy
Po Box 103104
Roswell, GA 30076

```
Transworld Systems Inc.
507 Prudential Rd.
Horsham, PA 19044


Transworld Systems, Inc.
507 Prudential Rd.
Horsham, PA 19044


Tri-County Emergency Physician
P.O. Box 98
Barrington, IL 60011-0098


Village of East Dundee Photo Enforc
75 Remittance Dr.
Ste. 6658
Chicago, IL 60675-6658


Visa Dept Store National Bank
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040


Waverly Commons Condominium Assn
c/o Registered Agent Donald J. Rage
1450 Plymouth Ln
Elgin, IL 60123


William A. Hellyer, Ltd.
444 N. IL Rte 31
Ste 100
Crystal Lake, IL 60012
```